IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHARLES RAY LUTTRELL**                                                                   **PETITIONER**

**VS.**                        **CASE NO. 2:11-cv-00152 SWW**

**T.C. OUTLAW, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                                **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.

IT IS SO ORDERED this 10th day of November, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE